George M. Lambin, appellee, v. Remmers Soap Company, appellant. Gen. No. 25,928.

Action to recover commissions earned as salesman. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Howe, Fordham & Kreamer, for appellant; John C. Everett, of counsel. Darrow, Sissman, Popham & Carlin, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

David L. Moss, trading as David L. Moss & Company, appellee, v. Samuel Mittelman and Nathan Mittelman, trading as Mittelman Brothers, appellants. Gen. No. 25,950.

Action to recover contract price for goods sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Robert Edelson, for appellants; Hyman Polonsky, of counsel. Cavender & Kaiser, for appellee; W. V. Fackler, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

H. Fetty, appellee, v. Walter R. Parker, appellant. Gen. No. 25,959.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920. Rehearing denied October 25, 1920.

D. W. Parker, for appellant. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Jacob Kadera and Matilda Kadera, appellants, v. Morava Building & Loan Association, appellee. Gen. No. 25,973.

Bill for release of real estate mortgage. Decree for defendant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded with directions. Opinion filed October 11, 1920. McSurely, J., dissenting. Certiorari denied by Supreme Court (making opinion final).

Otto Kerner, for appellants; James S. Wight, of counsel. George J. Dreiske, for appellee.

Mr. Justice Dever delivered the opinion of the court.